UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: JOHN CLAYTON STIFLER

Debtor(s)

Bankruptcy No.: 15-42808
R.S. No.: NLG-1
Hearing Date: 11/29/2017
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 09/11/2015    Chapter: 13
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____    Source of value: _____
   Contract Balance: $_____    Pre-Petition Default: $_____
   Monthly Payment: $_____    No. of months: _____
   Insurance Advance: $_____    Post-Petition Default: $_____
                                 No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): SFR, 2501 Roca St., Antioch, California 94509

   Fair market value: $310,000.00    Source of value: Debtor's Schedules A & D    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust

   Approx. Bal. $240,049.83    Pre-Petition Default: $1,307.71
   As of (date): 09/12/2017    No. of months: 1
   Mo. payment: $1,307.71    Post-Petition Default: $5,230.84
   Notice of Default (date): _____    No. of months: 4
   Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Movant | $240,049.83 | $1,307.71 | $6,538.55 |
| 2nd Trust Deed: | Bank of America | $132,197.45 | $Unknown | $Unknown |
| | : | | | |
| | : | | | |
| | : | | | |
| (Total) | | $372,247.28 | $1,307.71 | $6,538.55 |

(D) Other pertinent information: Cause exists to grant relief under 11 U.S.C. Section 362(d)(1), 362(d)(2) and the holdings of In re Ellis, 60 B.R. 432 (BAP 9th Cir. 1985) and In re Harlan, 783 F.2d 839 (BAP 9th Cir. 1986) as Debtor has failed to make consistent post-petition payments, no equity exists in the Property, Movant is not adequately protected by a cushion of equity and/or post-petition payments by Debtor and the Property is not necessary to an effective reorganization. There is no active loan modification activity pending at this time.

/s/ Nichole Glowin
Signature
Nichole Glowin
Print or Type Name

Dated: October 10, 2017

Attorney for Movant, SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), Creditor c/o Seterus, Inc., its successors and/or assigns