```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-45852 CN** |
| **SAM GATTO MING LOUIE,** | **Chapter 13** |
| **Debtor.** | **OPPOSITION TO NOTICE OF PLAN COMPLETION AND REQUEST FOR NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT A DISCHARGE** |
| _____/ | |

Sam Gatto Ming Louie, debtor herein, hereby opposes the Notice of Plan Completion and Request for Notice of Chapter 13 Case Closed Without a Discharge. Debtor is in the process of obtaining the Financial Management Certificate and will be filing the Certification in Support of Discharge shortly.

Dated: October 2, 2017

　　　　　　　　　　　　　　　　　　/s/ Patrick L. Forte
　　　　　　　　　　　　　　　　　　PATRICK L. FORTE
　　　　　　　　　　　　　　　　　　Attorney for Debtor